**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7191**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

LAZARO ALVARDO RAMIREZ, JR.,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Walter D. Kelley, Jr.,
District Judge.  (4:05-cr-00009-WDK-JEB; 4:07-cv-00032-WDK)

Submitted:  October 23, 2008          Decided:  November 17, 2008

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lazaro Alvardo Ramirez, Jr., Appellant Pro Se.  Eric Matthew
Hurt, Lisa Rae McKeel, Howard Jacob Zlotnick, Assistant United
States Attorneys, Newport News, Virginia; Blair C. Perez, OFFICE
OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lazaro Alvardo Ramirez, Jr., seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2000) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Ramirez has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2